Submitted on record and briefs September 1, reversed and remanded September 30, 1992

## DAVID CHARLES KUTSCH,
*Appellant,*

*v.*

## Manfred (Fred) MAASS,
Superintendent, Oregon State Penitentiary,
*Respondent.*

(90-C-10741; CA A73776)

837 P2d 563

Noel Grefenson, Salem, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Joseph, Chief Judge, and Rossman, Judge.

PER CURIAM

## PER CURIAM

The state concedes that the trial court erred in dismissing petitioner's petition for post-conviction relief on the ground that it was barred by ORS 138.510(2), *as amended by* Or Laws 1989, ch 1053, § 18. The convictions that petitioner challenges became final before the effective date of the 1989 amendment. The amendment does not apply to a petition challenging a conviction that became final before the effective date of the amendment. *Boone v. Wright*, 314 Or 135, 836 P2d 727 (1992).

Reversed and remanded.